```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33124
   FRANCIS E WIECHEC
   JACQUELINE E WIECHEC                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-9954    SSN XXX-XX-4776

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/07/04 and confirmed on 11/24/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  30808.09 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00            .00            .00
GMAC PAYMENT CENTER        SECURED VEHIC    15650.00         945.44       15650.00
HARRIS BANK CONSUMER LOA   SECURED VEHIC     4847.31         305.86        4847.31
BECKET & LEE LLP           UNSECURED          727.51            .00          72.75
ECAST SETTLEMENT CORPORA   UNSECURED         5195.71            .00         519.57
CAPITAL ONE FINANCIAL      UNSECURED         2749.70            .00         274.97
ECAST SETTLEMENT CORPORA   UNSECURED         1177.93            .00         117.79
ECAST SETTLEMENT CORPORA   UNSECURED         3466.95            .00         346.70
JEFFERSON CAPITAL SYSTEM   UNSECURED          883.51            .00          88.35
GE CAPITAL FINANCIAL       UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         9619.10            .00         961.91
RESURGENT CAPITAL SERVIC   UNSECURED         1148.67            .00         114.87
GMAC PAYMENT CENTER        UNSECURED         8368.40            .00         836.84
GMAC PAYMENT CENTER        UNSECURED         9344.40            .00         934.44
ECAST SETTLEMENT CORPORA   UNSECURED         3695.87            .00         369.59
ECAST SETTLEMENT CORPORA   UNSECURED         4668.10            .00         466.81
INTERNAL REVENUE SERVICE   PRIORITY           908.13            .00         908.13
          Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   20497.31      908.13      51045.85         .00      72451.29
PRINCIPAL PAID       20497.31      908.13       5104.59         .00      26510.03
INTEREST PAID         1251.30         .00            .00        .00       1251.30
TOTAL PAID           21748.61      908.13       5104.59         .00      27761.33
The Debtor's attorney, SCHOTTLER & ZUKOSKY            , was allowed $   2200.00
and was paid $    506.00  direct and $   1694.00  through the plan.

The Trustee received $   1352.76 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 33124 FRANCIS E WIECHEC & JACQUELINE E WIECHEC